# NO. 12-18-00093-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN THE MATTER OF THE* | *§* | *APPEAL FROM THE 321ST* |
| *MARRIAGE OF KIEANA RENEA'* | *§* | *JUDICIAL DISTRICT COURT* |
| *VENTERS AND STEVIE VENTERS* | *§* | *SMITH COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

This appeal is being dismissed for want of prosecution. *See* TEX. R. APP. P. 42.3(b). Appellant, Stevie Venters, perfected his appeal on April 3, 2018. The clerk's record was filed on July 10 and Venters's brief was due on or before August 9. On August 14, this Court notified Venters that his brief was past due. We further notified Venters that the appeal may be dismissed for want of prosecution unless a motion for extension of time, containing a reasonable explanation for the failure to file a brief and showing that Appellee has not suffered material injury thereby, is filed no later than August 24.

The August 24 deadline has passed and Venters did not file a brief or a motion for extension of time. Accordingly, we ***dismiss*** the appeal for ***want of prosecution***. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).

Opinion delivered September 10, 2018.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

### SEPTEMBER 10, 2018

### NO. 12-18-00093-CV

### IN THE MATTER OF THE MARRIAGE OF
### KIEANA RENEA' VENTERS AND STEVIE VENTERS

Appeal from the 321st District Court

of Smith County, Texas (Tr.Ct.No. 17-1865-D)

THIS CAUSE came to be heard on the appellate record; and the same being considered, it is the opinion of this Court that this appeal should be dismissed for want of prosecution.

It is therefore ORDERED, ADJUDGED and DECREED by this Court that the appeal be, and the same is, hereby **dismissed for want of prosecution**; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*